In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-13-00119-CR
_____

IN RE AGUSTINE FABIO CARREON

_____

Original Proceeding

_____

MEMORANDUM OPINION

Agustine Fabio Carreon filed a petition for writ of mandamus to compel the trial court to grant Carreon's petition to depose an assistant district attorney concerning an indictment filed in 2000. On December 15, 2012, the trial court denied Carreon's request for a civil pre-suit deposition in a criminal matter. *See* Tex. R. Civ. P. 202. After reviewing Carreon's mandamus petition and record, we conclude that he is not entitled to mandamus relief. *See State ex rel. Young v. Sixth Judicial Dist. Court of Appeals*, 236 S.W.3d 207, 210 (Tex. Crim. App. 2007); *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135-36 (Tex. 2004). Accordingly, we deny the petition for writ of mandamus.

1

PETITION DENIED.

PER CURIAM

Opinion Delivered April 3, 2013
Do Not Publish

Before Gaultney, Kreger, and Horton, JJ.